### 22391. MERIDITH *v.* THE STATE.

LUKE, J. The jury being the exclusive judges of the credibility of the witnesses, and one of the witnesses having sworn positively that the defendant sold and personally delivered to him a pint of whisky, and the trial judge having approved the verdict finding the defendant guilty of possessing whisky, this court can not reverse the judgment upon a motion for a new trial containing only the usual general grounds.

*Judgment affirmed. Broyles, C. J., and Hooper, J., concur.*

DECIDED SEPTEMBER 1, 1932.

*John E. Drake,* for plaintiff in error.
*F. E. Strickland, solicitor,* contra.